ORDERED.

Dated: November 19, 2020

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                      Case No.: 20-bk-00052-KSJ
                                                                                            Chapter 7
WILLIAM S SALIBA

Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SALE OF ESTATE'S INTEREST IN NON-EXEMPT REAL ESTATE IN ORANGE COUNTY, FLORIDA**

This case came before the Court on Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Exempt Real Estate in Orange County, Florida, dated October 22, 2020, (docket no. 40). Said Motion was served on all interested parties and no response has been received by the Court. Therefore, the Court considers the matter to be unopposed and having reviewed the Motion, the file, and being otherwise apprised of the matter, determined that the requested relief is in the best interests of the estate.

Accordingly, it is

**ORDERED** that the Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Exempt Real Estate in Orange County, Florida, is granted, and the Trustee is authorized to sell the estate's interest in said property, as follows:

1. The property to be sold is more particularly described as:

    **Lot 4, Block M, Anderson Park Subdivision, according to the map or plat**

>thereof, as recorded in Plat Book J, Page(s) 30, of the Public Records of Orange County, Florida.
>
>**Parcel ID No. 14-22-29-0160-14-040**
>**a/k/a 3309 Helen Avenue, Orlando, Florida**

3. The property shall be sold to the following buyer for the sales price indicated:

H&M Investments LLC             Sales Price:
818 Vassar Street                      $436,000.00
Orlando, FL 32804

4. The Trustee has represented that no closing costs are to be paid by the Estate and has obtained short sale approval from the mortgage holder who has authorized the following to be paid from the sales price : normal closing costs, realtor fees and costs, sums necessary to satisfy an existing mortgage, prorated 2020 real estate taxes, delinquent homeowners association dues, and bankruptcy estate carve out as described in the Motion.

5. Trustee is authorized to transfer title to the property by Trustee's Deed, conveying the interest of the estate, subject to current taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, restrictions and other matters appearing on the plat or otherwise common to the subdivision, and public utility easements of record.

6. The Estate shall provide to buyer, a certified copy of the Order approving sale, certified copy of Notice of Commencement and certified copy of docket, reflecting no objection to the sale, or if any, that said objections have been overruled by Court Order.

7. The 14-day stay pursuant to Rule 6004(h) is hereby waived.

Trustee Dennis Kennedy is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.